UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MEBRAHTOM WELDEAREGAY                                      PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26-CV-372-DCB-RPM

RAFAEL VERGARA                                            RESPONDENT

**ORDER**

Before the Court are the [10] Motion to Request this Court to Notify about Petition and the [11] Motion to Accept Late Filing of Reply filed by Petitioner Mebrahtom Weldearegay.  On April 22, 2026, Petitioner filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. He is proceeding pro se.

In the first motion, Petitioner requests copies of certain documents related to his petition because they were returned undelivered noting that he had been "Released."  [6]; [8].  According to the docket and ICE's Online Detainee Locator System, however, he has not been released and is still detained at Adams County Correctional Center.  In the second motion, Petitioner asks this Court to accept the late filing of his reply because he received Respondent's response just one day before his reply was due.  Under the circumstances, the Court finds good cause to grant both motions.  Therefore, the Court will remail Petitioner a copy of certain documents that were returned as undelivered.  Additionally, the Court accepts Petitioner's late-filed reply.

IT IS THEREFORE ORDERED AND ADJUDGED that Petitioner's [10] Motion to Request this Court to Notify about Petition is GRANTED.  The Court will remail Petitioner a copy of the [1] Petition for Writ of Habeas Corpus, [2] Memorandum in Support of [1] Petition for Writ of Habeas Corpus, and [3] Order.

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner's [11] Motion to Accept Late Filing of Reply is GRANTED.

SO ORDERED AND ADJUDGED, this the 24th day of June 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE